PROB 35

**ORDER TERMINATING SUPERVISION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:** 1:00CR05209-16 OWW |
| ) | |
| ISMAEL CORREA ) | |
| ) | |

On July 30, 2010, the above-named was placed on Probation for a period of 24 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision. **The Government has been informed and does not object to this recommendation for early termination.**

Respectfully submitted,

/s/ Adrian Garcia
**ADRIAN GARCIA
United States Probation Officer**

Dated:     April 8, 2011
           Fresno, California
           AG/rmv


**REVIEWED BY:**     /s/ Hubert J. Alvarez (rr)
                     **Hubert J. Alvarez
                     Supervising United States Probation Officer**

**Re:     CORREA, Ismael
         Docket Number:   1:00CR05209-16 OWW
         ORDER TERMINATING SUPERVISION PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
|   August 11, 2011 | /s/ OLIVER W. WANGER |
| **Date** | **Oliver W. Wanger** |
| | **Senior United States District Judge** |

AG/rmv
Attachment:   Recommendation
cc:     United States Attorney's Office
         FLU Unit, AUSA's Office
         Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG